Clarence Wyer, appellee, v. Emil A. Ekstrand, appellant. Gen. No. 8,370.

Opinion filed February 3, 1930. Rehearing denied April 4, 1930.

Herrick & Herrick and Barr & Thomas, for appellant. F. T. Carson and C. H. Swick, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.